9ROB 12C
(7/93)

Report Date: June 9, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 09 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose de Jesus Garcia    Case Number: 0980 2:05CR00192-WFN-9

Address of Offender: Los Angeles, California

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 18, 2009

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii); Conspiracy to Launder Monetary Instruments, 21 U.S.C. § 1956(a)(1), (h) |
| Original Sentence: | Prison 70 months; TSR - 48 months |
| Asst. U.S. Attorney: | Joseph H. Harrington |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: July 19, 2012

Date Supervision Expires: July 18, 2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: On or about March 19, 2015, Mr. Jose de Jesus Garcia, an alien, who had previously been deported from the United States on or about August 7, 2012, was located in Los Angeles County, within the Central District of California. Mr. Jose de Jesus Garcia was then released from custody before an Immigration and Customs Enforcement (ICE) detainer could be placed. Mr. Garcia was subsequently arrested by the Las Vegas Police Department on April 10, 2015, and placed in ICE custody on May 7, 2015.

Prob12C
Re: Garcia, Jose de Jesus
June 9, 2015
Page 2

        Mr. Jose de Jesus Garcia was previously sentenced in the Eastern District of Washington on February 18, 2009, to 70 months of incarceration, and a 48-month term of supervised release after pleading guilty to Conspiracy to Distribute 500 Grams or More of a Mixture or Substance containing Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii), and Conspiracy to Launder Monetary Instruments, 21 U.S.C. § 1956(a)(1), (h).

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 9, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

6/9/15
Date